IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-MJ-1155-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DANIELLE STAR MALDONADO, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED that defendant appear before this court at 8:30 a.m. on December 3, 2014 at the United States Courthouse, 2 Princess Street, Wilmington, North Carolina**, to show cause why defendant should not be held in criminal contempt on the grounds that defendant failed to appear October 1, 2014 for her scheduled initial appearance. If defendant fails to appear in court as herein ordered, a warrant for defendant's arrest may be issued.

SO ORDERED, this the \_\_7\_\_ day of October, 2014.

ROBERT B. JONES, JR.
United States Magistrate Judge